**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **PATRICK LENTSCH**, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**VISTA OUTDOOR INC., MARK W. DEYOUNG, STEPHEN M. NOLAN**, and **KELLY T. GRINDLE**,<br><br>Defendants. | Case No. 1:17-cv-00012-RJS-EJF<br><br>**ORDER GRANTING LEAD PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE OVERLENGTH APPLICATION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARD TO LEAD PLAINTIFF**<br><br>JUDGE: Hon. Dale A. Kimball |

The Court having read and considered Lead Plaintiff's *Ex Parte* Motion for Leave to File Overlength Application for Award of Attorneys' Fees, Reimbursement of Expenses and Service Award to Lead Plaintiff ("Application for Attorneys' Fees"), and good cause appearing therefor, it is hereby

ORDERED that Lead Plaintiff shall be, and hereby is, granted leave to file a Motion for Attorneys' Fees not exceeding 11 pages.

DATED: September 26, 2018.

_____
Honorable Dale A. Kimball
U.S. District Court Judge