## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

**PATRICK LENTSCH**, On Behalf of Himself
and All Others Similarly Situated,

        Plaintiff,

v.

**VISTA OUTDOOR INC., MARK W.
DEYOUNG, STEPHEN M. NOLAN**, and
**KELLY T. GRINDLE**,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:17-cv-00012-RJS-EJF

**ORDER GRANTING LEAD
PLAINTIFF'S *EX PARTE* MOTION
FOR LEAVE TO FILE
OVERLENGTH MOTION FOR
FINAL APPROVAL OF CLASS
ACTION SETTLEMENT, PLAN OF
ALLOCATION AND
CERTIFICATION OF SETTLEMENT
CLASS**

JUDGE:  Hon. Dale A. Kimball

The Court having read and considered Lead Plaintiff's *Ex Parte* Motion for Leave to File

Overlength Motion for Final Approval of Class Action Settlement, Plan of Allocation and

Certification of Settlement Class ("Motion for Final Approval"), and good cause appearing

therefor, it is hereby

ORDERED that Lead Plaintiff shall be, and hereby is, granted leave to file a Motion for Final

Approval not exceeding 18 pages.

DATED:  September 26, 2018.

_____

Honorable Dale A. Kimball
U.S. District Court Judge